■ In the Matter of JEFFREY WILSON, Petitioner, v MARTIN MARCUS et al., Respondents. [953 NYS2d 507]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Tom, J.P., Andrias, DeGrasse and Richter, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUANTRELL JONES, Appellant. [953 NYS2d 507]—Judgment of resentence, Supreme Court, New York County (Laura A. Ward, J.), rendered February 17, 2012, resentencing defendant, as a second felony drug offender whose prior felony conviction was a violent felony, to a term of 12 years, unanimously affirmed.

The court provided a sufficient reduction of sentence pursuant to CPL 440.46. In light of defendant's extensive criminal and disciplinary history, we perceive no basis for a further reduction. Concur—Mazzarelli, J.P., Moskowitz, Richter, Abdus-Salaam and Feinman, JJ.